FILED
CLERK, U.S. DISTRICT COURT

SEP - 9 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>Donnie Lee Walton<br>DEFENDANT(S). | CASE NUMBER<br>14-MJ-1589<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

Upon motion of __Defendant__, IT IS ORDERED that a detention hearing is set for __September__, __12__, at __11:00__ ☑a.m. / ☐p.m. before the Honorable __Charles F. Eick__, in Courtroom __341__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: __9/9/14__

_____
U.S. District Judge/Magistrate Judge